UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:   6:24-CV-00182-RBD-EJK

HOWARD COHAN,

    Plaintiff,

vs.

MICHAELS STORES, INC.
a Foreign Profit Corporation
d/b/a MICHAELS

    Defendant(s).
_____/

### JOINT NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, MICHAELS STORES, INC., a Foreign Profit Corporation, d/b/a MICHAELS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED April 17, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410

By: **/s/ John B. Rosenquest IV**
John B. Rosenquest IV
Fla. Bar No. 048431
ROSENQUEST LAW FIRM P.A.
8325 NE 2nd Avenue, Suite 114
Miami, Florida 33138

1

| | |
|---|---|
| Telephone: (561) 729-0940 | Tel: 305-607-5115 |
| Facsimile: (561) 491-9459 | Fax: 305-402-8183 |
| Email: greg@sconzolawoffice.com | jay@rosenquestlawfirm.com |
| Email: perri@sconzolawoffice.com | Counsel for Michaels Stores, Inc. |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                /s/ Gregory S. Sconzo
                                                **Gregory S. Sconzo, Esq.**